No. 04–824. SOUTHEASTERN RUBBER RECYCLING, A DIVISION OF SUNRISE GARDEN MART, INC., ET AL. *v.* ALABAMA DEPART-

MENT OF PUBLIC HEALTH ET AL. Ct. Civ. App. Ala. Certiorari denied.